IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Eric Hosey
Full name and prison number
of plaintiff(s)

v.

Alabama Department of Corrections

Earl Savage

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

RECEIVED
2009 JAN 23 A 10:25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CIVIL ACTION NO. 2:09CV63-TMH
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below. (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if
         state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Ventress Correctional Facility_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Ventress Correctional Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. Earl Savage — 379 Highway 239 North Clayton, AL 36016
2. Ala. Dept. of Corrections — 301 S. Ripley St. Montgomery, AL 36102
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Jan. 6th, 2009_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Violation of the Freedom of Religious Act._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On Jan. 6th, 2009, Earl Savage who is a treatment counselor for the T.C. program, sent a list into the dorm wanting to know who all of the muslims were, he was demanding to know the muslims identities per as he claimed the Department of Corrections @ Ventress.

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like for D.O.C. officials to reprimand Earl Savage on his actions and to inform all staff of an individuals right to practice their religion in accordance with the Freedom of Religion Act.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
(Date)

_____
Signature of plaintiff(s)

4

NAME Eric Hosey  AIS #193503  DORM # 01
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016




United States District Court
Middle District of Alabama
Clerk, United States District Court
P.O. Box 711
Montgomery AL 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."